# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CARTER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MTA LOWERY, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-00586-OWW-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT IN COMPLIANCE WITH ORDER FILED MAY 5, 2008<br><br>(Doc. 18)<br><br>THIRTY-DAY DEADLINE |

　　　Plaintiff Brian Carter ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 5, 2008, the Court issued an order requiring Plaintiff to file a second amended complaint within thirty days.  Plaintiff failed to comply and on June 23, 2008, the Court recommended dismissal of this action for failure to obey a court order and failure to state a claim upon which relief may be granted.  Plaintiff objected to the dismissal of his case on July 7, 2008.

　　　Plaintiff has not offered any explanation regarding his failure to obey the order.  Although Plaintiff contends that he has been unable to research all of the legal issues, this does not excuse Plaintiff's failure to either comply with the order or file a motion seeking an extension of time.  In an abundance of caution, the Court will provide Plaintiff with thirty days within which to file a second amended complaint.  If Plaintiff fails to do so, the Findings and Recommendations will be submitted to the district judge assigned to this case.

///

1    Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff is
2  ORDERED to file a second amended complaint in compliance with the Court's order of May 5,
3  2008.

5  IT IS SO ORDERED.

6  **Dated:    September 3, 2008**              /s/ Sandra M. Snyder
                                                UNITED STATES MAGISTRATE JUDGE