# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CARTER, | CASE NO. 1:07-cv-00586-OWW-SMS PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS FILED ON JUNE 23, 2008 |
| v. | |
| MTA LOWERY, et al., | (Doc. 17) |
| Defendants. | |

On May 5, 2008, the Court issued an order requiring Plaintiff to file a second amended complaint within thirty days. Plaintiff failed to comply and on June 23, 2008, the Court recommended dismissal of this action for failure to obey a court order and failure to state a claim upon which relief may be granted. Plaintiff objected to the dismissal of his case on July 7, 2008, and on September 3, 2008, the Court granted Plaintiff an additional thirty days to file a second amended complaint. Plaintiff complied with the order by filing a second amended complaint on September 15, 2008.

Accordingly, the Findings and Recommendations recommending dismissal of this action, filed on June 23, 2008, is HEREBY VACATED.

IT IS SO ORDERED.

**Dated:   September 19, 2008**          /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE

1