IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CARTER,<br><br>    Plaintiff,<br><br>vs.<br><br>MTA LOWERY, et al.,<br><br>    Defendants.<br>_____/ | 1:07-cv-00586-OWW-SMS (PC)<br><br>ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(DOCUMENT #24)<br><br>Deadline to File Objections: 05/11/2009 |

On February 26, 2009, plaintiff filed a motion to extend time to file objections to the findings and recommendations filed on February 4, 2009.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff's motion is HEREBY GRANTED, and plaintiff has until **May 11, 2009**, within which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:   March 5, 2009**             /s/ Sandra M. Snyder
                                                      UNITED STATES MAGISTRATE JUDGE